Name: STEPHEN CHOATE
SDCC P.O BOX 202
INDIAN SPRINGS NV 89070

Prison Number: 1138436

```
          FILED ____         REC____
          ENTERED             SER____
              COUNSEL/PARTIES OF REC.

              DEC 1 1 2017

         CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
   BY:_____
```

US DISTRICT COURT
CLARK COUNTY, NEVADA

STEPHEN CHOATE,
    Plaintiff,

vs.

5th DISTRICT, Judge Robert Lane,

Attorney General, Rayna Swift,

Lisa Chamlee, attorney,

Thomas Gibson, attorney,

Harry Klein, attorney,
    Defendant(s).

2:17-cv-03043-RFB-VCF

DEF'T. NO. _____

NRS 41.0322 TORT ACTION

CIVIL RIGHTS COMPLAINT
PURSUANT TO
42 U.S.C.§ 1983

A. JURISDICTION

1) This complaint alleges that the civil rights of Plaintiff, STEPHEN CHOATE
(Print Plaintiff's name)
who presently resides at SDCC, P.O. Box 202 Indian Springs Nev, were violated by the actions of the below named individuals which were directed against Plaintiff at Pahrump Justice/District Court on the following dates
(institution/city where violation occurred)

2013-2017 , 2013-2017 , and 2013-2017 .
(Count I)  (Count II)  (Count III)

**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

2) Defendant __Robert Lane__ resides at _____,
   (full name of first defendant)          (address if first defendant)
   and is employed as __Judge, Nye County District Court__. This defendant is sued in his/her
                      (defendant's position and title, if any)
   ___ individual ✓ official capacity. (Check one or both). Explain how this defendant was
   acting
   under color of law: __First Amendment, Access to Court and 14th Amendment,__
   __as officer of Court in his official capacity__

3) Defendant __Rayna Swift__ resides at __Las Vegas, NV 89101__
                                          __555 E Washington Ave 3400__
   (full name of first defendant)          (address if first defendant)
   and is employed as __Assistant Atty General__. This defendant is sued in his/her
                      (defendant's position and title, if any)
   ✓ individual ✓ official capacity. (Check one or both). Explain how this defendant was
   acting
   under color of law: __prosecuting attorney under Attorney General office.__

4) Defendant __Lisa Chamlee__ resides at _____,
   (full name of first defendant)          (address if first defendant)
   and is employed as __Lisa Chamlee__. This defendant is sued in his/her
                      (defendant's position and title, if any)
   ✓ individual ___ official capacity. (Check one or both). Explain how this defendant was
   acting
   under color of law: __defense attorney appointed by Nye County.__

5) Defendant __Thomas Gibson__ resides at _____,
   (full name of first defendant)          (address if first defendant)
   and is employed as __defense attorney__. This defendant is sued in his/her
                      (defendant's position and title, if any)
   ✓ individual ___ official capacity. (Check one or both). Explain how this defendant was
   acting
   under color of law: __defense attorney__

2

6) Defendent __Harry Klein__ resides at _____,
      (full name of first defendent)    (address if first defendent)
and is employed as __defense attorney__. This defendent is sued in his/her
    (defenuent's position and title, if any)
✓ individual ___ official capacity. (Check one or both). Explain how this defendent was acting
under color of law: __defense attorney__
_____

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C.§ 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

~~28 U.S.C. § 242, NRS 41.0322.~~ Federal U.S. District Court only

_____

B. NATURE OF THE CASE

1) Briefly state the background of your case.

To BRING Federal lawsuit Petitioner is charging (1) Sentencing Judge Lane Deliberate INDIFFERENCE To Petitioner Substantive Due Process Rights under 1st Amendment Right to Access to Courts who formed a Policy of Transport "Sentenced Defendents" to Prison IN Five days without Assurances defense Counsel Notification of First Right of Direct Appeal within 30 days. (2) Attorney General, prosecuting Attorney obtained a conviction/sentence based upon knowingly used False Evidence including False testimony at sentencing to obtain a tainted conviction/sentence. (3)(5) Court appointed Attorneys formed NO affirmative defense and offered appealant assistance or legal advise on First Right of Appeal violating all 14th Amendment Due Process Right to Fair trial, & negligence, 6th Amendment due process of Effective Assistance Counsel

_____

C. CAUSE OF ACTION

## COUNT I

The following civil rights has been violated: **14th Amendment, Due Process under First Amendment, right Access to Courts, and Fair trial.**

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

At Sentencing petitioner asserted innocence, Judge Lane max sentence with Policy to transport Defendant to Prison in 5 days without Inquiring if Court Appointed Attorney notified defendant of Direct Appeal Rights in 30 days, and had a Policy of denying Access to Courts to exercise Constitutional Right to Appeal, and Sentencing Judge, announce sentencing as a class of criminals at large, and single out petitioner under Discriminatory Behavior as class of one. Judge Lane knew Prison had policy of 30-45 days of Solitary confinement so Direct Appeal would not be Filed. Post Conviction, after series of 30 motions to received Evidentiary Hearing on "Known" Prejured testimony at Sentencing, Failed to hold "hearing" and to Blind eye to any evidence to challenge Prejured testimony at Sentencing In Discriminatory manner violating Due Process Rights to be heard. District Judge Lane, Failed to inquire if Defense attorney Chamlee was performing constitutional duty to notified petition of appealant rights, Petitioner has a Right to Effective Competent Counsel and right to have access to the Courts and Judge Lane cannot single out a defendent for sentencing as group of people with Deliberate Indifference to Bill of Rights to have Fair trial.

4

## COUNT II

The following civil rights has been violated: __Fourteenth Amendment due process, Brady violation, deny fair trial Attorney general of Nevada__

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Petitioner is asserting Atty General had a policy of direct discrimination and engage in political prosecution of Petitioner class of one, as Mortgage Banker, and withheld Maurizio Investigation File as expulatory favorable evidence from defense attorney and schdule known prepured testimony of prepured witness at sentencing knowing would prejudice sentencing Judge with Bias to utter false, fradulent testimony, to deny petitioner fair trial and violated due process rights, and equal protection Clause and conspired with sentencing Judge to deny access to the courts by not forwarding "Maurizio Investigation File" post conviction thru 5th District efforts by petitioner on 30 motions to compel and engage in deceptive practices to evade efforts to produce Maurizio Investigation File, which violates fair trial due process rights (Brady vs Maryland) and impede Habaes Corpus Petition efforts to secure Maurizio File to show innocence. Attorney general engage in discriminatory practices in engineering a deception plea bargain of "no prison time" and knowing would allow Maurizio to testify at sentencing with known fraudulent testimony to violate fair trial claim and due process rights protected by Bill of Rights, which prejudice Judge to max sentence.

5

## COUNT III

The following civil rights has been violated: Ineffective Assistance of Counsel 14th Amendment

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Five court Appointed Attorneys over 1½ yrs and not (1) objection or Affirmative defense plan outlined but unconstitution defective plea bargain with coersion tacits. Defense Attorney Chamlee, had a duty to announce legal right to Direct Appeal within 30 days and failed to communicate Appeallant rights. Atty Thomas Gibson, never met with petitioner and had a plea bargain which he forwarded to Lisa Chamlee with never once meeting or phone call. Attorney Harry Klein, did not attend court hearing, would not return phone calls and accepted court appointed atty status "Knowing" he had ethic violation and license suspension pending. Harry Gunsler, attorney never return phone call and did not attend trial. Lisa Chamlee as 5th in line attorney, never objected once, only tacit for coersion to force plea bargain and at sentencing petitioner allerted Chamlee, witness was Lying, and did not object or offer any meaningful defense or appeal legal advice, violating all due process rights to fair trial, and Effective assistance of counsel

------

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action? ✓ Yes ___ No. If your answer is "Yes", describe each lawsuit. (If more than one, describe the others on an additional page following the below

6

outline).

a) Defendants: Stephen Choate vs Williams, warden, SDCC
b) Name of court and docket number: US District, 2:16-cv-00813-RFB
c) Disposition (for example, was the case dismissed, appealed or is it still pending?): Still pending - Habeas Corpus Petition
d) Issues raised: (8) constitional violations and 91 due process errors
e) Approximate date it was filed: 4-6-16
f) Approximate date of disposition: have no idea

2) Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?** ___ Yes ✓ No. If your answer is "Yes", describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:
a) Defendants: _____
b) Name of court and case number: _____
c) The case was dismissed because it was found to be (check one): ___ frivolous ___ malicious or ___ failed to state a claim upon which relief could be granted.
d) Issues raised: _____
e) Approximate date it was filed: _____
f) Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:
a) Defendants: _____
b) Name of court and case number: _____

7

c)   The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.

d)   Issues raised: _____
_____

e)   Approximate date it was filed: _____

f)   Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a)   Defendants: _____.

b)   Name of court and case number: _____.

c)   The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.

d)   Issues raised: _____
_____

e)   Approximate date it was filed: _____

f)   Approximate date of disposition: _____

3)  Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? ____ Yes __✓__ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) ____ disciplinary hearing; (2) __✓__ state or federal court decision; (3) ____ state or federal law or regulation; (4) ____ parole board decision; or (5) ____ other _____.
If your answer is "Yes", provide the following information. Grievance Number _____.
Date and institution where grievance was filed _____.

Response to grievance: *Habeus Corpus Petition, filed 4-6-16, but this is related to sentence, but not Civil Rights Violation*

8

_____

- - - - - - - - - - - - - - - - - - - -

### E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

compensatory damages and punitive damages to be determine by jury and injunctive relief to ask court to issue order for Attorney General to produce Maurins Investigation File and sanction AG for deceptive practices and injunctive relief to stop 5th District predatory practices (5) days move prison without verifying Atty counsel defendant. IF I have to put Monetary Value = $1,000,000

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____        *Stephen Clarke*
(Name of Person who prepared or helped           (Signature of Plaintiff)
prepare this complaint if not Plaintiff)

                                 Dec 7, 2017
                                    (Date)

- - - - - - - - - - - - - - - - - - - -
(Additional space if needed; identify what is being continued) why this
please accept (4) page of brief view
is Civil Rights Violation and merits to be heard.

9

# CERTFICATE OF SERVICE BY MAILING

I, Stephen Choate, hereby certify, pursuant to NRCP 5(b), that on this ___ day of Dec 5, 2017, I mailed a true and correct copy of the foregoing, "1983 Civil Rights Complaint"

by placing document in a sealed pre-postage paid envelope and deposited said envelope in the United State Mail addressed to the following:

US District Court
333 Las Vegas Blvd So 1334
Las Vegas, NV 89101

CC:FILE

DATED: this 5th day of Dec, 2017.

Stephen Choate
Stephen Choate              #1138436
/In Propria Personam
Post Office Box 208, S.D.C.C.
Indian Springs, Nevada 89018
IN FORMA PAUPERIS:

# AFFIRMATION
## Pursuant to NRS 239B.030

The undersigned does hereby affirm that the preceding _____

__1983 Civil Rights Complaint__
(Title of Document)

filed in District Court Case number _____

☑ Does not contain the social security number of any person.

**-OR-**

☐ Contains the social security number of a person as required by:

    A. A specific state or federal law, to wit:
    _____
    (State specific law)

    **-or-**

    B. For the administration of a public program or for an application for a federal or state grant.

__S. Choate__        __12-7-17__
Signature        Date

__Stephen Choate__
Print Name

__petitioner__
Title

Addendum to Accept Civil Rights original / Complaint

1993/Civil Rights Lawsuit Filed in US District Court Against (3) Counts of Civil Rights Justice System of US Constitution, under "Right to be Heard".

1st, 5th District Court, under Judge Lane, created a system of "Deliberate Indifference" to all basic levels of due process to show cause of action under Equal Opportunity, Right to be Heard, Access to Courts for substantive & procedural Civil Rights violation(s).

(A) Creating a policy or custom of transporting defendant to prison (5) days, and not inquiring into defense counsel must make inquiry, under First Right of Appeal, or if no assistance of Counsel, ability to file Direct Appeal within 30 days with access to use "Clerk of Court" to help file Direct Appeal.

Sentencing Judge would of "Known" prison had policy of force Solitary confinement 30-45 days to severely limit defendants right to appeal and created a policy of "Deliberate Indifference" to defendant due process rights of fair trial, Access Courts under 1st Amendment, 14th Amendment, and bordering on 8th Amendment, Cruel and Usual Punishment of deliberate indifference by creating a policy of intimidation to block or curtail all ability to appeal unconstitutional conviction, sentence especially with declaration at Sentence "Innocence".

(2) Attorney General, as prosecuting Attorney filed 21 felony charges, and one of 21 felony charges was Maurizio based on known false, prejured statements, from paid for NYE County Investigational file that NYE County District Attorney knew to be prejured statements, which would of showed no-whited out fraud check, and legal waiver to work on loan file per Maurizio own legal counsel, and prosecution failed to turn over expulatory evidence to Defense and Attorney General engineered negociated plea bargain with no reccommendation of prison "knowing" would present prejured victim, defense witness at Sentencing to create Judicial Bias. Post conviction, after over 10 motions at 5th District or Habeas Corpus Petition refused to turn over "Maurizio Investigation File" to petitioner, even acting as own counsel, and "obstructed Justice" to stop tender of "expulatory evidence".

    Fourteenth Amendment right to FAIR trial, First Amendment Right to Access to Courts, under legal case law "Brady vs Maryland", legal obligation to turn over all known and unknown evidence, even favorable evidence to petitioner, defendent to his legal counsel.

    Discrimation violations of Class of one single out for arbitrary treatment, to 8th Amendment violations of Deliberate Injustice under Cruel & Unusual treatment is bedrock of this Civil Rights violation presented with this Complaint.

2

(3) Effective Assistance of Counsel, under 14th Amendment

basic 14th Amendment Rights to have (EAC), under Roe us Flores-ortega, 538 US 470, 120 (2000), the Supreme Court held that "there is a constitutional imposed duty on an attorney to consult with a (d) about a appeal IF there is reason to think a rational (d) would want an appeal, (element) must show that had he been consulted about appeal he would have timely appealed." Douglas v Calif 83 S. Ct. 1298 (1963) "State responsibility under Due Process Clause is to provide justice for all ... short of constitutional standards of fairness, and that there should be no destintion between Richman an Poorman."

(5) court appointed attorneys, over 1½ yrs, not (1) objection, repeated acts for failure to appear at trial, no appealant legal advise at post conviction, even when trial counsel is notified of prejurned testimony at sentencing not to ask for "Evidentiary Hearing", especially allocation announcement of Innocence, The ability of Attorney Gibson, never once having met defendant to have a plea bargain to forward to next court appointed attorney, Chewlee, and Chewlee First meeting with (d) using coercion tacits to enforce unconstitution plea bargain and coerse guilty plea thru fear and intimidation violates all constitutional guarantees of Due Process of 14th Amendment.

(3)

In closing, please accept this Civil Rights lawsuit in US Federal Court that is based on Civil Right Violation Not overturn conviction, which currently under Habeas Corpus Petition.

When US Constitution was been formated in 1776 founding fathers were adamant of stopping "Star Chambers Justice" (English law 16/17th century) of determing guilt by majority vote rather than by un-abigious vote of jury to protect against the likelihood of wrongful conviction which did not allow cross examination witness to be critical component of due process, particularoty the creditability contradicting witness.

Petitioner is claiming District Court Judge Lane, Prosecuting Atty General and defense attorney indepently or collectively created a policy of deliberate indifferent to deny plaintiff of due process rights of fair trial and to assert innocence, and collectively, especially under Judicial scrutiny and lack of judicial fair procedures, mandated under Federal Rules of Procedure, created "Kangaroo Court" instead of using a system that preserves certain basic procedures "Rights to pursue the truth, hence this Civil Rights lawsuit, to vindicate petition Constitutional Rights, guarantee under US Constitution.

4